IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **XXAVIER LYMAS,** | : | CIVIL NO. 1:CV-14-1793 |
| **Petitioner,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **DONNA ZICKAFOOSE,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, this 17th day of September, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Petitioner is granted in forma pauperis status for the sole purpose of filing this action.

2. The petition for writ of habeas corpus is **dismissed.**

3. Petitioner, if he so chooses, may reassert his present claims in a properly filed civil rights action and/or file a request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)A)(I)-(ii) and the procedures set forth in Bureau of Prisons Program Statement 5050.49.

4. The Clerk of Court is directed to forward to Petitioner two (2) copies of this court's form § 1331 civil rights complaint, an application to proceed in forma pauperis, and an Authorization form.

5. The Clerk of Court is directed to **close this case**.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania